tiff testified that she disrupted her education leading to a Master's Degree in order to assist in the care of defendant's elderly father, who resided in the marital residence. Defendant, on the other hand, failed to submit a financial statement of net worth reflecting his financial circumstances at the time of trial. He testified that his income from work-related sources is approximately $23,000, but did not reveal the amount of his disability insurance income or his income from other sources. Moreover, defendant testified that he had no idea what his expenses were, except to indicate that he paid $1,200 for the monthly rental of a Manhattan apartment. Although plaintiff's proof regarding those factors affecting maintenance is sparse, the record nevertheless is adequate for this Court to conclude that Supreme Court improperly exercised its discretion in terminating spousal maintenance two months after trial. Further, plaintiff should not be denied an appropriate award of maintenance solely by reason of the lack of candor of defendant concerning his financial circumstances. Because we cannot determine an appropriate award of maintenance on this record, we remit this matter for further proceedings relevant to that issue with a direction that the parties each submit a statement of net worth (see, 22 NYCRR 202.16 [a], [b]; subtit D, ch III, subch A) concerning their financial circumstances as of October 1991 and as of the time of the proceedings on remittal.

Lastly, we dismiss the appeal from the judgment (appeal No. 2). Plaintiff on appeal from the judgment seeks review only of an earlier order denying her motion for discovery. That order has not been submitted as part of the record, thereby precluding appellate review (cf., Matter of Guy v James, 122 AD2d 905, lv denied 68 NY2d 605). (Appeal from Judgment of Supreme Court, Nassau County, Robbins, J.— Maintenance.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ FRANCES SOLOMON, Appellant, v LEONARD SOLOMON et al., Respondents. (Appeal No. 2.) [615 NYS2d 1025] —Appeal unanimously dismissed without costs. Same Memorandum as in Solomon v Solomon ( 206 AD2d 971 [decided herewith]). (Appeal from Judgment of Supreme Court, Nassau County, Brucia, J.—Divorce.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.

■ FRANCES SOLOMON, Appellant, v LEONARD SOLOMON et al., Respondents. (Appeal No. 3.) [615 NYS2d 1026] —Order unanimously reversed on the law with costs and motion denied.